# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 6, 2022

## NO. 03-21-00429-CV

**Greg Abbott in his official capacity as Governor of Texas; and Ken Paxton in his official capacity as Texas Attorney General, Appellants**

**v.**

**Harris County, Texas; Rodney D. Ellis, in his official capacity as a Harris County Commissioner; and Janeana White, M.D., in her offiical capacity as Harris County Local Health Authority, Appellees**

---

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the interlocutory orders signed by the trial court on August 27, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's interlocutory orders. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.